IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL  DIVISION

MICHAEL J. THOMPSON,         )

         )

       Plaintiff,     )      No.  C05-3070-PAZ

         )

   vs.        )

         )      JUDGMENT
JO ANNE B. BARNHART,        )      IN A CIVIL CASE
Commissioner of Social Security,   )

         )

     Defendant.    )


This action came before the Court.  The issues have been decided and a decision has been

rendered.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is reversed and this case is remanded to the Commissioner
to calculate and award benefits to Plaintiff from August 29, 2002.

Dated: December 5, 2006      PRIDGEN J. WATKINS         
                Clerk

               /s/  des
                
                (By) Deputy Clerk